RECEIPTS _2 5 0_
SUMMONS ISSUED_X-1_
LOCAL RULE 4.1_____
WAIVER FORM _____
MCF ISSUED_____
BY DPTY. CLK. _____
5/12/05

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ZIM AMERICAN INTEGRATED
SHIPPING SERVICES LTD.;
ZIM ISRAELI INTEGRATED
SHIPPING SERVICES LTD;
ZIM AMERICAN ISRAELI
SHIPPING COMPANY INC.; and
ZIM ISRAEL NAVIGATION
COMPANY LTD;

    Plaintiffs,

vs.

F/V ATLANTIC, Official No. 917080,
its engines, appurtenances, and permits,
in rem; and
KAVANAGH FISHERIES, INC.,
in personam;

    Defendants.

Civil Action No.

**05 10989 GAO**

MAGISTRATE JUDGE Bowler

### VERIFIED COMPLAINT IN REM AND IN PERSONAM

Plaintiffs Zim American Integrated Shipping Services Ltd.; Zim Israeli Integrated Shipping Services Ltd.; Zim American Israeli Shipping Company Inc.; and Zim Israel Navigation Company Ltd. (sometimes collectively "Zim") aver:

    1. This is an action within the admiralty and maritime jurisdiction of this Court pursuant to 28 U.S.C. §1333 and is an admiralty and maritime claim within the meaning of Fed. R. Civ. P. 9(h).

    2. Zim Israeli Integrated Shipping Services Ltd. and Zim Israel Navigation Company Ltd. are Israeli businesses and the charterer of the container vessel ZIM SHENZHEN. Zim American Integrated Shipping Services Ltd. and Zim

American Israeli Shipping Company Inc. are Virginia corporations and U.S. agents for the Israeli businesses.

3. In rem defendant F/V ATLANTIC, Official No. 917080, its engines, appurtenances, and permits is within this district or will be within this district while this action is pending and therefore is within the jurisdiction of this Court.

4. F/V ATLANTIC is owned by in personam defendant Kavanagh Fisheries, Inc., which is incorporated in Massachusetts.

5. On or about March 17, 2005 F/V ATLANTIC negligently collided at sea in violation of COLREG 15 inter alia with the port side of ZIM SHENZHEN, damaging both vessels.

6. Cargo carried aboard ZIM SHENZHEN pursuant to bills of lading issued by Zim was also damaged in the collision, with cargo damage estimated in excess of $1 million.

7. Zim has a preferred maritime tort lien pursuant to 46 U.S.C. § 31301(5)(B) against F/V ATLANTIC in rem and a maritime tort claim against Kavanagh Fisheries, Inc., in personam for the damage caused to the cargo.

WHEREFORE, plaintiffs request that:

1. They have judgment, jointly and severally, against F/V ATLANTIC in rem and against Kavanagh Fisheries, Inc. in personam for damage to cargo aboard ZIM SHENZHEN plus pre-judgment interest, costs, and attorneys' fees, and such other amounts as may be proved at trial;

2. Pursuant to Fed. R. Civ. P. Supplemental Rule C the F/V ATLANTIC be arrested, condemned, and sold to pay the claims and judgment aforesaid;

   3. Their maritime tort lien be declared a valid and subsisting lien and that it be declared prior and superior to all other interests, liens, or claims against F/V ATLANTIC; and

   4. They have such other and further relief as may be just and proper.

RESPECTFULLY SUBMITTED May 11, 2005.

                De ORCHIS & PARTNERS, LLP
                Attorneys for Plaintiffs

                _____
                David J. Farrell, Jr.
                BBO# 559847
                2355 Main Street
                P.O. Box 186
                S. Chatham, MA 02659
                (508) 432-2121

**VERIFICATION**

| | |
|---|---|
| COMMONWEALTH OF VIRGINIA | ) |
| | ) ss. |
| UNITED STATES OF AMERICA | ) |

EZRA BENTOB, being first duly sworn on oath deposes and states:

I am Vice-President of plaintiff Zim American Integrated Shipping Services Ltd. of 5801 Lake Wright Drive, Norfolk, VA 23502 and a representative for the other plaintiffs.

I make this Verification to the foregoing Verified Complaint <u>In</u> <u>Rem</u> and <u>In</u> <u>Personam</u> having fully read its contents and believing the same to be true and accurate.

Dated: May 11, 2005

_____
Ezra Bentob

NoRFOLK VA COUNTY, ss.                May 11, 2005

Ezra Bentob personally appeared today and acknowledged the foregoing Verification to be his free act and deed before me,

_____        Ellen J. Anita.
Notary Public
My Commission expires
3/31/07

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

05  10989  GAO

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Zim American Integrated Shipping Services Ltd. et al

### DEFENDANTS
F/V ATLANTIC and Kavanagh Fisheries, Inc.

(b) County of Residence of First Listed Plaintiff: **Virginia**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: **Bristol**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
David J. Farrell, Jr., P.O. Box 186, S. Chatham, MA 02659
(508) 432-2121

Attorneys (If Known)
Joseph A. Regan, Syd A. Saloman, 85 Devonshire Street, Boston, MA 02109 (617) 723-0901

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☒ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
46 U.S.C. sec. 31301(5)(B)
Brief description of cause:
Vessel collision causing cargo damage

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 1,000,000.00
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE O'Toole   DOCKET NUMBER 05-cv-10637-GAO

DATE 05/12/2005
SIGNATURE OF ATTORNEY OF RECORD
David J. Farrell, Jr.

**FOR OFFICE USE ONLY**
RECEIPT #       AMOUNT       APPLYING IFP       JUDGE       MAG. JUDGE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) Zim American Integrated Shipping Services Ltd. et al
   v. F/V ATLANTIC et al

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

   ☐ I.   160, 410, 470, 535, R.23, REGARDLESS OF NATURE OF SUIT.

   ☐ II.  195, 196, 368, 400, 440, 441-446, 540, 550, 555, 625, 710, 720, 730,    *Also complete AO 120 or AO 121
          740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.            for patent, trademark or copyright cases

   ☑ III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
          315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
          380, 385, 450, 891.

   ☐ IV.  220, 422, 423, 430, 460, 480, 490, 510, 530, 610, 620, 630, 640, 650, 660,
          690, 810, 861-865, 870, 871, 875, 900.

   ☐ V.   150, 152, 153.

   **05 10989 GAO**

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.
   Limitation Petition of Kavanagh Fisheries, Inc., Civil Action No. 05-cv-10637-GAO

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?
   YES ☐   NO ☑

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)
   YES ☐   NO ☑
   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
   YES ☐   NO ☐

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
   YES ☐   NO ☑

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).
   YES ☑   NO ☐

   A. If yes, in which division do all of the non-governmental parties reside?
      Eastern Division ☑      Central Division ☐      Western Division ☐

   B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?
      Eastern Division ☐      Central Division ☐      Western Division ☐

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)
   YES ☐   NO ☐

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME   David J. Farrell, Jr.
ADDRESS   P.O. Box 186, S. Chatham, MA  02659
TELEPHONE NO.   (508) 432-2121

(CategoryForm.wpd - 5/2/05)