UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ZIM AMERICAN INTEGRATED
SHIPPING SERVICES LTD.;
ZIM ISRAELI INTEGRATED
SHIPPING SERVICES LTD;
ZIM AMERICAN ISRAELI
SHIPPING COMPANY INC.; and
ZIM ISRAEL NAVIGATION
COMPANY LTD;

    Plaintiffs,

vs.

F/V ATLANTIC, Official No. 917080,
its engines, appurtenances, and permits,
in rem; and
KAVANAGH FISHERIES, INC.,
in personam;

    Defendants.

Civil Action No. 05-10989-GAO

**ORDER DIRECTING THE CLERK TO ISSUE A WARRANT OF ARREST**

This Court having considered the Ex Parte Motion for In Rem Arrest and the Verified Complaint In Rem and In Personam, and it appearing that the conditions for an action in rem within the meaning of Rule C(3) of the Supplemental Rules for Certain Admiralty and Maritime Claims exist,

NOW THEREFORE, it is hereby

**ORDERED** that the Clerk shall issue forthwith an In Rem Warrant of Arrest commanding the United States Marshal to proceed with all deliberate speed to arrest F/V ATLANTIC, Official No. 917080, its engines, appurtenances, and permits (the "defendant Vessel"). Included in the term "permits" are state and NOAA Fisheries permits used in conjunction with the defendant Vessel's

commercial fishing operations, whether issued to defendant Vessel and/or its owner, as well as their fishing history, see Gowen, Inc. v. F/V QUALITY ONE, 244 F.3d 64 (1st Cir), cert. denied 534 U.S. 886 (2001), as for example any Northeast Multispecies, Scallop, or Pair-Trawl permits.

**IT IS ALSO ORDERED** that any person claiming an interest in the defendant Vessel pursuant to the Supplemental Rules for Certain Admiralty and Maritime Claims shall, upon application to the Court and notice to plaintiffs' attorney, be entitled to a prompt hearing at which plaintiffs will be required to show why the arrest should not be vacated or other relief granted.

**IT IS FURTHER ORDERED** that a copy of this Order be attached to and served with the In Rem Warrant of Arrest upon the defendant Vessel.

DATED at Boston, Massachusetts this 17 day of May 2005.

_____
UNITED STATES DISTRICT JUDGE