UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**IN REM WARRANT OF ARREST**         CIVIL CAUSE NO. 05-10989-GAO

To the Marshal of the District of Massachusetts or his deputies:

**GREETINGS:**

**Whereas,** a Verified Complaint <u>In Rem</u> and <u>In Personam</u> has been filed in this Court entitled

> ZIM AMERICAN INTEGRATED SHIPPING SERVICES LTD.; ZIM ISRAELI INTEGRATED SHIPPING SERVICES LTD; ZIM AMERICAN ISRAELI SHIPPING COMPANY INC.; and ZIM ISRAEL NAVIGATION COMPANY LTD;
>
> vs.
>
> F/V ATLANTIC, Official No. 917080, its engines, appurtenances, and permits, <u>in rem</u>; and KAVANAGH FISHERIES, INC., <u>in personam</u>;

on May 12, 2005 upon an Admiralty and Maritime Claim praying that process issue for the arrest of the above vessel,

**You are therefore COMMANDED with all deliberate speed** to arrest the F/V ATLANTIC, Official No. 917080, its engines, appurtenances, and permits in this District and to detain the same in your custody until further Order of this Court.

Dated at Boston, Massachusetts this 17 day of May 2005.

**SARAH A. THORNTON**
_____
Clerk

_Paul S. Tyler_
By: _____
Deputy Clerk

Note:   The claimant of the property arrested should consult Supplemental Rule C of Certain Admiralty and Maritime Claims pursuant to which this warrant is issued.