UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ZIM AMERICAN INTEGRATED
SHIPPING SERVICES LTD.;
ZIM ISRAELI INTEGRATED
SHIPPING SERVICES LTD;
ZIM AMERICAN ISRAELI
SHIPPING COMPANY INC.; and
ZIM ISRAEL NAVIGATION
COMPANY LTD;

    Plaintiffs,

vs.                                                              Civil Action No. 05-10989-GAO

F/V ATLANTIC, Official No. 917080,
its engines, appurtenances, and permits,
in rem; and
KAVANAGH FISHERIES, INC.,
in personam;

    Defendants.

**ORDER APPOINTING SUBSTITUTE CUSTODIANS**

Plaintiffs through their attorney, have appeared and made the following recitals:

1. On May 12, 2005 a Verified Complaint In Rem and In Personam was filed requesting that the F/V ATLANTIC, Official No. 917080, its engines, appurtenances, and permits (the "defendant Vessel") be arrested to secure plaintiffs' preferred maritime tort lien.

2. On May 17, 2005 the Clerk issued an In Rem Warrant of Arrest commanding the United States Marshal for the District of Massachusetts to arrest and detain the defendant Vessel in his custody.

3. It is anticipated that the Marshal will arrest the Vessel forthwith. Custody by the Marshal requires the services of one or more keepers and charges of storage and other services associated with safekeeping similar vessels.

4. The proposed Substitute Custodian, Ron Fortier of Fairhaven Shipyard, Inc., agrees to assume the responsibility of safekeeping the defendant Vessel until further order of this Court.

5. By affidavit, the Substitute Custodian states he can adequately safekeep the defendant Vessel, can adequately respond in damages for his negligence if any, and accepts possession of the defendant Vessel in accordance with this Order.

6. By affidavit, the Substitute Custodian further releases and holds harmless the United States Marshal Service and the United States of America from any claims arising out of his substitute custodianship.

THIS COURT, therefore, having reviewed plaintiff's <u>Ex Parte</u> Motion for Appointment of Substitute Custodian and the Affidavit of Ron Fortier, Fairhaven Shipyard, Inc., Substitute Custodian has determined that the conditions for appointment of a Substitute Custodian exist pursuant to Rule E(4) of the Supplemental Rules of Certain Admiralty and Maritime Claims. Accordingly, it is hereby

**ORDERED** that the United States Marshal for the District of Massachusetts, upon arrest of the defendant Vessel, surrender possession to Ron Fortier, Fairhaven Shipyard, Inc., the Substitute Custodian named herein,

and that upon such surrender, the Marshal shall be discharged from his duties and responsibilities for safekeeping the defendant Vessel and held harmless from any and all claims arising out of the Substitute Custodian's possession and safekeeping of the defendant Vessel.

**IT IS FURTHER ORDERED** that all reasonable expenses for moving and safekeeping the Vessel and its appurtenances as outlined in the Substitute Custodian's affidavit shall be deemed administrative ("in custodia legis") expenses of the United States Marshal.

**IT IS FURTHER ORDERED** that plaintiffs' attorney will serve a copy of this Order upon the owners of the defendant Vessel.

Dated at Boston, Massachusetts this 17 day of May 2005.

_____
UNITED STATES DISTRICT JUDGE