UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ZIM INTERNATIONAL INTEGRATED SHIPPING SERVICES LTD.; ZIM ISRAELI INTEGRATED SHIPPING SERVICES LTD.; ZIM AMERICAN ISRAELI SHIPPING COMPANY INC.; and ZIM ISRAELI NAVIGATION COMPANY LTD;<br>          Plaintiffs<br><br>v.<br><br>F/V ATLANTIC, Official No. 917080, its engines, appurtenances, and permits, in rem; and<br>KAVANAGH FISHERIES, INC., in personam;<br>          Defendants. | Civil Action No. 05-CV-10989-GAO |

## NOTICE OF APPEARANCE

Kindly note the appearance of Joseph A. Regan and Syd A. Saloman on behalf of the defendants in the above-captioned matter.

Date: May 17, 2005

For the defendants,
F/V ATLANTIC and
KAVANAGH FISHERIES, INC.,

**REGAN & KIELY LLP**

/s/ Syd A. Saloman
Joseph A. Regan (BBO #543504)
Syd A. Saloman (BBO #645267)
85 Devonshire Street
Boston, MA 02109
(617) 723-0901
sas@regankiely.com