UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10989-GAO

ZIM AMERICAN SHIPPING SERVICES LTD. et al.,
Plaintiffs

v.

F/V ATLANTIC, Official No. 917080,
its engines, appurtenances, and permits, <u>in rem</u>,
and KAVANAUGH FISHERIES, INC.,
Defendants

ORDER
May 18, 2005

O'TOOLE, D.J.

The execution of the In Rem Warrant of Arrest issued by the Clerk on May 17, 2005 is stayed until Wednesday, May 25, 2005 at 4 p.m. Further, the owner of the F/V Atlantic and the owner's agents are enjoined from removing the vessel from its current location until further order of the Court.

It is SO ORDERED.

 May 18, 2005                                          George A. O'Toole, Jr.
DATE                                                   DISTRICT JUDGE