UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ZIM AMERICAN INTEGRATED
SHIPPING SERVICES LTD.;
ZIM ISRAELI INTEGRATED
SHIPPING SERVICES LTD;
ZIM AMERICAN ISRAELI
SHIPPING COMPANY INC.; and
ZIM ISRAEL NAVIGATION
COMPANY LTD;

    Plaintiffs,

vs.                                    Civil Action No. 05-10989-GAO

F/V ATLANTIC, Official No. 917080,
its engines, appurtenances, and permits,
in rem; and
KAVANAGH FISHERIES, INC.,
in personam;

    Defendants.

### NOTICE OF FILING ORIGINAL VERIFICATION

Attached is the original of the Verification filed yesterday with the Verified Complaint In Rem and In Personam.

RESPECTFULLY SUBMITTED May 13, 2005.

                DeORCHIS & PARTNERS, LLP
                Attorneys for Plaintiffs

                /s/ David J. Farrell, Jr.
                David J. Farrell, Jr.
                BBO #559847
                2355 Main Street
                P.O. Box 186
                S. Chatham, MA  02659
                (508) 432-2121

VERIFICATION

COMMONWEALTH OF VIRGINIA      )
                              ) ss.
UNITED STATES OF AMERICA      )

FILED
CLERKS OFFICE
2005 MAY 16  P 3: 12

DISTRICT COURT
DISTRICT OF MASS

    EZRA BENTOB, being first duly sworn on oath deposes and states:

    I am Vice-President of plaintiff Zim American Integrated Shipping Services Ltd. of 5801 Lake Wright Drive, Norfolk, VA 23502 and a representative for the other plaintiffs.

    I make this Verification to the foregoing Verified Complaint In Rem and In Personam having fully read its contents and believing the same to be true and accurate.

Dated: May 11, 2005

_____
Ezra Bentob


NORFOLK COUNTY, ss.                     May 11, 2005
 VA

    Ezra Bentob personally appeared today and acknowledged the foregoing Verification to be his free act and deed before me,

_____    Ellen J. Anitai
Notary Public
My Commission expires
3/31/07