UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10989-GAO


ZIM AMERICAN SHIPPING SERVICES LTD. et al.,
Plaintiffs

v.

F/V ATLANTIC, Official No. 917080,
its engines, appurtenances, and permits, in rem,
and KAVANAUGH FISHERIES, INC.,
Defendants


ORDER
May 25, 2005

O'TOOLE, D.J.

The execution of the In Rem Warrant of Arrest issued by the Clerk on May 17, 2005 is

further stayed until Friday, May 27, 2005 at 4 p.m.  Further, the owner of the F/V Atlantic and

the owner's agents are enjoined from removing the vessel from its current location until further

order of the Court.

It is SO ORDERED.


May 25, 2005                          \s\ George A. O'Toole, Jr.
DATE                                 DISTRICT JUDGE