UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10989-GAO

| | |
|---|---|
| ZIM AMERICAN SHIPPING SERVICES, ET AL., | ) ) |
|              Plaintiffs | ) ) |
| v. | ) ) ) |
| F/V ATLANTIC, Official No. 917080, its engines, appurtenances, and permits, in rem, and KAVANAGH FISHERIES, INC., | ) ) ) ) |
|              Defendants | ) |

## **DEFENDANTS' MOTION TO REVOKE PREVIOUS ORDERS**

Now comes the defendants and respectfully requests that the court revoke the following

Orders previously entered in this case:

-     Order Directing the Clerk to Issue a Warrant of Arrest (Docket No. 5)

        In Rem Warrant of Arrest (Docket No. 6)

        Order Appointing Substitute Custodians (Docket No. 7)

        Order of Stay dated May 18, 2005 (Docket No. 10)

        Order of Stay, May 25, 2005 (Docket No. 12)

As reasons therefore, the defendants state that in the companion Limitation action (Civil

Action No. 1:05-CV-10637-GAO), Kavanagh Fisheries, Inc., as petitioner in the companion action,

has filed a bond in the amount of $2,200,000.00 as security/limitation fund and, at the same time,

has requested that the court issue an order restraining any and all other suits. Accordingly, the above

-2-

five orders are no longer required, specifically that portion of the Orders dated May 18, 2005 and

May 25, 2005 that enjoins the owners of the F/V ATLANTIC from going to sea.

By its attorneys,

**REGAN & KIELY LLP**


/s/Joseph A. Regan
Joseph A. Regan, Esquire (BBO #543504)
85 Devonshire Street
Boston, MA 02109
(617)723-0901