UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10989-GAO

ZIM AMERICAN SHIPPING SERVICES LTD. et al.,
Plaintiffs

v.

F/V ATLANTIC, Official No. 917080,
its engines, appurtenances, and permits, <u>in rem</u>,
and KAVANAUGH FISHERIES, INC.,
Defendants

<u>ORDER</u>
May 27, 2005

O'TOOLE, D.J.

In accordance with Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims, a petition for exoneration from or limitation of liability concerning the subject matter of this action has been filed with this Court and assigned Civil Action No. 05-10637-GAO. In accordance with Supplemental Rule F(1) and prior orders of the Court, the plaintiff in that action has filed with the Court security, in the form of a surety bond, in the sum of $2,200,000, which equals or exceeds the value of the owner's interest in the vessel and pending freight.

Accordingly, the Court enters the following orders:

1.   The In Rem Warrant of Arrest issued by the Clerk on May 17, 2005 is WITHDRAWN and VACATED.

2.   My prior orders enjoining the owner of the F/V Atlantic and the owner's agents from removing the vessel from its current location are also VACATED.

3. In accordance with the orders entered in the limitation action and with Supplemental Rule F(3), further proceedings in this case are stayed and enjoined until further order of the Court.

It is SO ORDERED.

May 27, 2005                                                \s\ George A. O'Toole, Jr.
DATE                                                        DISTRICT JUDGE