UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ZIM AMERICAN INTEGRATED
SHIPPING SERVICES LTD.;
ZIM ISRAELI INTEGRATED
SHIPPING SERVICES LTD;
ZIM AMERICAN ISRAELI
SHIPPING COMPANY INC.; and
ZIM ISRAEL NAVIGATION
COMPANY LTD;

    Plaintiffs,

vs.       Civil Action No. 05-cv-10989-GAO

F/V ATLANTIC, Official No. 917080,
its engines, appurtenances, and permits,
in rem; and
KAVANAGH FISHERIES, INC.,
in personam;

    Defendants.

## STIPULATED DISMISSAL WITHOUT PREJUDICE

Counsel for plaintiffs and defendants stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(ii) that this case may be dismissed without prejudice as it was enjoined by the Court's May 27, 2005 Order in In re Kavanagh Fisheries, Inc., Civil Action No. 05-10637-GAO.

RESPECTFULLY SUBMITTED October 18, 2005

DeORCHIS & PARTNERS, LLP
Attorneys for Plaintiffs


/s/ David J. Farrell, Jr.
David J. Farrell, Jr.
BBO #559847
2355 Main Street
P.O. Box 186

S. Chatham, MA  02659
(508) 432-2121


REGAN & KIELY LLP
Attorneys for Defendants


*/s/ Joseph A. Regan*
Joseph A. Regan
BBO #543504
85 Devonshire Street
Boston, MA  02109
(617) 723-0901

Case 1:05-cv-10989-GAO    Document 15    Filed 10/18/2005    Page 2 of 2